IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES H. SMITH, #121310                                              PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:11-cv-147-LG-RHW

JOE GARCIA, et al.                                                  DEFENDANTS

ORDER

Plaintiff filed this *pro se* Complaint pursuant to 42 U.S.C. § 1983. The named Defendants are Joe Garcia, Van Giadrosich, the Pearl River County Sheriff's Office and David Allison. The Court notes that the Pearl River County Sheriff's Office is not a separate legal entity that may be named as a party in a § 1983 lawsuit. However, a county may be held liable in a § 1983 suit, in limited circumstances. Since the Plaintiff is proceeding *pro se*, he will be provided an opportunity to amend his Complaint to clarify if he is naming Pearl River County as a Defendant. Accordingly, it is hereby,

ORDERED:

1. That on or before May 23, 2011, Plaintiff shall file a written response to:

(a)   specifically state if the Plaintiff is naming Pearl River County as a Defendant, if so, specifically state how Pearl River County violated his constitutional rights; and

(b)   specifically state how Defendant Allison violated his constitutional rights.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in this cause being dismissed without further notice to the Plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

THIS the 2nd day of May, 2011.

                                    s/Robert H. Walker
                                    UNITED STATES MAGISTRATE JUDGE