UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JAMES H. SMITH | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:11CV147-RHW |
| JOE GARCIA et al | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Court's order granting Defendants' motion to dismiss, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's complaint is dismissed without prejudice for failure to prosecute.

SO ORDERED, this the 10th day of April, 2012.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE